RECEIVED

MAR 2 2 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DOLORES GARCIA, ET AL. | MISC. CASE NO. 17-mc-31 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

**JUDGMENT ADOPTING REPORT AND RECOMMENDATION**

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Dolores Garcia (surviving spouse) as Special Administrator and Derivative Claimant, and Dolores I. Garcia, Marisa Garcia, Michael J. Garcia, Carlos Jose Garcia and Luis A. Garcia as Derivative Claimants, of the Estate of Julio Garcia, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 22nd day of March, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE